United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANA VALDEZ,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01168 |
| ROSS STORES, INC., *et al.*,<br>Defendants. | §<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On May 6, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Richard W. Bennett under 28 U.S.C. § 636(b)(1). (Dkt. 32). Judge Bennett filed a *Memorandum and Recommendation* on October 8, 2026, recommending that Defendants' Motion for Summary Judgment (Dkt. 24) be granted. (Dkt. 42).

On October 22, 2026, Plaintiff filed her objections. (Dkt. 43). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this *de novo* review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Plaintiff's objections (Dkt. 43) are **OVERRULED**. The Court **ACCEPTS** Judge Bennett's *Memorandum and*

*Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Bennett's *Memorandum and Recommendation* (Dkt. 42) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendants' Motion for Summary Judgment (Dkt. 24) is **GRANTED**; and

(3) Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

(4) Defendants' Motion to Strike (Dkt. 30), Plaintiff's Motion in Limine (Dkt. 35), and Defendants' Motion in Limine (Dkt. 37) are **DENIED AS MOOT**.

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on October 27, 2026.

George C. Hanks Jr
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE